IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA PAUL VANDEGRIFT,** | : | |
| Petitioner | : | No. 1:25-cv-02403 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN OF FCI ALLENWOOD LOW,** | : | |
| Respondent | : | |

# ORDER

**AND NOW**, on this 20th day of February 2026, upon consideration of (1) the petition for a writ of habeas corpus filed by pro se Petitioner Joshua Paul Vandegrift ("Vandegrift") (Doc. No. 1), (2) Respondent's response in opposition to Vandegrift's petition (Doc. No. 6), and (3) Vandegrift's reply brief in further support of his petition (Doc. No. 7), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Vandegrift's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania